WILLIAM FOY, Administrator of SAMUEL HILL, deceased v. JOHN L. MOREHEAD, et al. Administrators, &c.

MOTION to dismiss civil action, heard before *Watts, J.,* at Spring Term, 1873, of CRAVEN Superior Court. This motion was overruled, and the defendants through their counsel, then moved that the cause be transferred to the Superior Court of the county of Guilford. His Honor, refused to grant this motion also, and rendered judgment against the defendants for the amount of the note sued on. The action was brought by the plaintiff in the Superior Court of Craven county, upon a note of one P. G. Evans and J. M. Morehead, the intestate of the defendants. The defendants answered that they were the administrators of the said John M. Morehead, deceased; that their intestate resided in, and was a citizen of Guilford, in this State, at the time of his death, and that letters of administration on his estate were granted to the defendants by the Court of Pleas and Quarter Sessions of said county, and that they gave an administration bond according to law, in said county of Guilford, and said bond was filed in the office of the Clerk of said Court, and that the defendant, Julius A. Gray, was at the time of plaintiff's bringing his action, and at the time of answering, a resident and citizen of said county of Guilford. The facts set forth in the answer were not denied.

From the judgment, the defendant appealed to this Court.

*Hubbard,* for appellant.
*Haughton,* contra.

READE, J. The facts in this case are substantially the same as the facts in the case of *Stanley* v. *Mason,* adm'r., at this term; and the principles governing it are the same and the decision the same, and for the same reasons.

There is error. This will be certified to the end that the case may be dismissed or removed for trial to Guilford county, as the parties may move, and as the Court below may order.

PER CURIAM. Judgment accordingly.